UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
MAR 30 2004
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

DEBORAH STRIZ,

    Plaintiff,

vs.

CITY OF MELVINDALE PUBLIC SAFETY
OFFICERS WILLIAM PLEMONS, JOHN C.
ALDRICH, and OFFICER WELCH, Individually,
Jointly and Severally,

    Defendants.
_____/

Case No: 02-74078
Hon. Paul D. Borman



THOMAS M. LOEB (P25913)
Attorney for Plaintiff
24724 Lahser Road
Southfield, MI 48034-6044
(248) 354-6330

MICHAEL M. WACHSBERG (P26846)
Attorney for Defendants
4057 Pioneer Drive, Suite 300
Commerce Township, MI 48390-1363
(248) 363-6400

RANDALL A. PENTIUK (P32556)
Co-Counsel for Defendants
2915 Biddle Avenue
Edelson Building, Suite 200
Wyandotte, MI 48192
(734) 281-7100

_____/

## ORDER FOR DISMISSAL WITH PREJUDICE

At a session of said Court, held in the United States District
Court, Eastern District, Southern Division

ON      MAR 30 2004

PRESENT: HON.      PAUL D. BORMAN
                            U.S. District Court Judge

In accordance with the attached stipulation;

IT IS HEREBY ORDERED that the above-entitled action shall be dismissed with prejudice and without costs to either party.

This Order resolves this matter, therefore the file can be closed.

U.S. DISTRICT COURT JUDGE

PEDERSEN, KEENAN, KING, WACHSBERG & ANDRZEJAK, P.C.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEBORAH STRIZ,

    Plaintiff,

vs.

CITY OF MELVINDALE PUBLIC SAFETY
OFFICERS WILLIAM PLEMONS, JOHN C.
ALDRICH, and OFFICER WELCH, Individually,
Jointly and Severally,

    Defendants.
_____/

Case No: 02-74078
Hon. Paul D. Borman

THOMAS M. LOEB (P25913)
Attorney for Plaintiff
24724 Lahser Road
Southfield, MI 48034-6044
(248) 354-6330

RANDALL A. PENTIUK (P32556)
Co-Counsel for Defendants
2915 Biddle Avenue
Edelson Building, Suite 200
Wyandotte, MI 48192
(734) 281-7100

MICHAEL M. WACHSBERG (P26846)
Attorney for Defendants
4057 Pioneer Drive, Suite 300
Commerce Township, MI 48390-1363
(248) 363-6400
_____/

## STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the above-entitled action shall be dismissed with prejudice and without costs to either party.

_____
THOMAS M. LOEB (P25913) w/ consent
Attorney for Plaintiff

_____
MICHAEL M. WACHSBERG (P28646)
Attorney for Defendants